1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5
6
7
8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**
9                                —o0o—
10 SHERI BARRETT,                      CASE NO. 2:07-CV-01615-EFB
11               Plaintiff,            **ORDER**
12 vs.
13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                 Defendant.
15 _____/
16     The court has reviewed the stipulation and proposed order of the parties extending the
17 time for plaintiff to file her motion for summary judgment in this action to April 21, 2008.  The
18 court approves the stipulation and deems  the summary judgment motion filed by plaintiff on
19 April 21, 2008, timely filed.
20     SO ORDERED.
21 DATED:  April 25, 2008.
22                              EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28
                                        1