```
LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ERIC K. H. CHINN
Special Assistant United States Attorney

        333 Market Street, Suite 1500
        San Francisco, California  94105
        Telephone:  (415) 977-8932
        Facsimile:  (415) 744-0134
        E-Mail: eric.chinn@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHERI BARRETT,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-cv-01615-EFB<br><br>STIPULATION AND ORDER AWARDING EAJA ATTORNEY'S FEES |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND SEVEN HUNDRED TWENTY-FIVE DOLLARS AND NO/100 CENTS ($4,725.00). This amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this

action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: July 1, 2009  /s/ *Ann M. Cerney*
(per e-mail authorization this date)
ANN M. CERNEY
Attorney for Plaintiff

Dated: July 1, 2009  LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Eric K. H. Chinn*
ERIC K. H. CHINN
Special Assistant U.S. Attorney

APPROVED AND SO ORDERED.

Dated:  July 6, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE